UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEON DALEY, | ) NO. EDCV 10-1203 SJO (SS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MR. CORTEZ, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 24, 2013.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE